# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
oOo

UNITED STATES OF AMERICA
v.
DANG VUE aka THAET VUE
BILLEE VANG aka BILLY VANG

CRIMINAL COMPLAINT
CASE NO. 2:17-MJ-116 KJN

FILED JUL 10 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

I, Jeanne-Marie Martin, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about each date set forth below, in the Eastern District of California, both defendants, as indicated, (Offense Statutory Language) did violate federal law as follows

- between 1/13/17 and 5/12/17 (Counts 1-12), executed and aided and abetted a scheme to defraud, and attempt to defraud, federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1344(1) and (2);
- between 1/13/17 and 5/12/17 (Counts 13-16), did knowingly use, and aided and abetted use, without authority means of i.d. of another in a bank fraud scheme and bank fraud access device scheme in violation of 18 USC 2, 1344 (1) and (2) to defraud federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1028A(a)(1);
- on 2/10/17 (Count 19), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 5/12/17 (Count 24), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 2/21/17 (Count 26), did knowingly possess U.S. Mail Locks and or Keys with intent to unlawfully use and transfer such in violation of 18 U.S.C. 2, 1704;
- on 5/12/17 (Count 27), did knowingly possess U.S. Mail Locks and or Keys with intent to unlawfully use and transfer such in violation of 18 U.S.C. 2, 1704;
- between 1/13/17 and 5/12/17 (Count 28), did knowingly possess 15 or more unauthorized access devices with the intent to defraud in violation of 18 U.S.C. 2,1029(a)(3); and
- between 1/13/17 and 5/12/17 (Count 29), did knowingly possess 5 or more i.d. documents of others with intent to use such or transfer such unlawfully in violation of 18 U.S.C. 2, 1028(a)(3);

And Vue is additionally charged as follows:
- on 2/4 & 2/5/17 (Count 18), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 4/20/17 (Count 21), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;

And Vang is additionally charged as follows:
- on 1/31/17 (Count 17), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 2/21/17 (Count 20), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 5/8/17 (Count 22), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 5/10/17 (Count 23), did knowingly possess items stolen from the US Mail in violation of 18 U.S.C. 2, 1708;
- on 1/31/17 (Count 25), did knowingly possess U.S. Mail Locks and or Keys with intent to unlawfully use and transfer such in violation of 18 U.S.C. 2, 1704;

all in violation of Title 18, United States Code, Sections 2, 1344(1)(2), 1028A(a)(1), 1704, 1708, 1028(a)(3), and 1029(a)(3).

I further state that I am a Postal Inspector with the US Postal Inspection Service in and for the Eastern District of California and that this complaint is based on the following facts:
- see attached Affidavit, fully incorporated herein
x  Continued on the attached sheet and made a part hereof.

_____
Jeanne-Marie Martin, USPIS Postal Inspector

Sworn to before me and subscribed in my presence at Sacramento, California

_____
(authorizing/issuing judicial official's signature)

Kendall J. Newman, U.S. MAGISTRATE
_____
(print authorizing/issuing judicial official's name and title)

7/10/2017
(date)

# AFFIDAVIT

I, Jeanne-Marie Martin, being duly sworn, depose and state the following.

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized to request an arrest warrant. I have been employed with the U.S. Postal Inspection Service (USPIS) as a federal law enforcement officer since February 2006.

2. I am assigned to the Mail Theft Team in the San Francisco Division, Sacramento Domicile in Sacramento, California. During my tenure, I have completed law enforcement training to include the twelve-week Postal Inspector Basic Training in Potomac, Maryland. As part of my official duties, I am authorized to investigate and to make arrests for violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, false statements, obstruction of mail, credit card fraud, identity theft and/or counterfeit personal checks and identifications. As a U.S. Postal Inspector with the USPIS, I have participated in numerous criminal investigations relating to theft of U.S. Mail, destruction of government property, counterfeit personal and corporate checks, possession of stolen U.S. Mail and USPS property, bank fraud, identity theft, access device fraud, and unlawful possession and use and transfer of i.d. documents. I have also conducted investigations regarding the manufacturing and utterance of counterfeit personal and corporate checks and counterfeit identifications.

3. The facts and conclusions in this affidavit are based (a) on my personal knowledge, (b) on my participation in this investigation, (c) on my training and experience and on the training and experience of other law enforcement personnel with whom I have discussed this case, (d) on information gained from other law enforcement personnel, state and federal reports, and databases, and (e) on statements of witnesses, victims, and postal personnel. Since this affidavit is submitted for the limited purpose of securing a complaint and arrest warrants, I have set forth only the facts that I believe are necessary to establish probable cause for the herein charged offenses. Specifically, there is probable cause to believe that Dang Vue aka Thaet Vue (DOB 12/04/1989) and Billee Vang aka Billy Vang (DOB 12/20/1990) did commit, attempt, and aid and abet, the following violations.

| Count | Date | Violation | Description |
|---|---|---|---|
| 1-12 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1344(1) and (2) | Bank Fraud |
| 13-16 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1028A(a)(1) | Aggravated Identify Theft |
| 17 | 1/31/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 18 | 2/4/17 and 2/5/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 19 | 2/10/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 20 | 2/21/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 21 | 4/20/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 22 | 5/8/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 23 | 5/10/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 24 | 5/12/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 25 | 1/31/17 | 18 U.S.C. 2, 1704 | Possession of USPS Locks and Keys |
| 26 | 2/21/17 | 18 U.S.C. 2, 1704 | Possession of USPS Locks and Keys |
| 27 | 5/12/17 | 18 U.S.C. 2, 1704 | Possession of USPS Locks and Keys |
| 28 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1029(a)(3) | Possession of 15 or more Access Devices |
| 29 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1028(a)(3) | Possession of 5 or more ID Documents |

4.     **Counts 1-12.** Beginning at a time unknown to the United States but at least starting about 1/13/17 through about 5/12/17, defendants Dang Vue and Billee Vang, working with others not herein charged, did knowingly execute and attempt to execute a material scheme and artifice to obtain the monies, funds, credits, assets, and other property owned by and under the custody and control of federally insured financial institutions. Vue and Vang, in executing, attempting, and aiding and abetting the scheme to defraud, possessed "U.S. Mail" arrow locks stolen from USPS neighborhood mailbox units and used the parts contained therein to manufacture counterfeit USPS arrow keys to access neighborhood mailboxes and steal U.S. Mail. Vue and Vang further executed and aided and abetted the scheme by obtaining, rifling, profiling, and altering the personal and financial identifying information from the stolen U.S. Mail and other stolen property for the purpose of taking over bank and credit accounts of victims. Additionally, Vue and Vang negotiated, and attempted to negotiate, financial instruments stolen from postal customer U.S. Mail, including access devices, credit card convenience checks, personal checks, and other financial instruments, by posing as victims to conduct unauthorized transactions for cash, goods, and services at the expense of federally insured financial institutions.

5.     **Count 17 and Count 25.** On January 31, 2017, law enforcement observed a stolen white 2014 Ford Fusion in Sacramento, CA. After conducting a motor vehicle stop, law enforcement identified Vang as the driver. Vang was driving even though his license was suspended. After advisement of Miranda rights and waiver, Vang claimed he got the vehicle from his friend, who he referred to as "P", who he knew for approximately two months but about whom he had no further information. Vang was unsure of how he would return the vehicle to "P". Vang referred to the vehicle as a stolen vehicle even though law enforcement did not so inform him. During impound and inventory search of Vang's stolen vehicle, law enforcement recovered Vang's stolen U.S. Mail (including checks and access devices) from at least 10 victims, including E.S., D.F., E.N., J.R., O.B., J.S., H.V., C.S., L.L., and S.M. Law enforcement recovered Vang's burglary tools, including a metal pry bar. Also, in Vang's stolen vehicle, law enforcement recovered "U.S. Mail" arrow locks stolen from USPS and a counterfeit (manufactured) arrow key (filed to open "U.S. Mail" arrow locks). Based on my training and experience and the training and experience of other law enforcement personnel assisting in this investigation, the arrow locks are used in USPS neighborhood mailbox units and the counterfeit key, which appears to have been made from the locks, resembles arrow keys that USPS employees use to access USPS mailbox units. Vang was taken into custody and later convicted for possession of a stolen vehicle and illicit possession of drugs (methamphetamine). On February 6, 2017, Vang was sentenced, including placement on searchable probation for 3 years.

6.     On 1/31/17, Vang did knowingly possess, and aided and abetted possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, including U.S. Mail of postal customer victims E.S., D.F., E.N., J.R., O.B., J.S., H.V., C.S., L.L., and S.M., all in violation of Title 18, United States Code, Sections 2, 1708. Also, on 1/31/17, Vang, did knowingly and unlawfully possess U.S. Mail arrow locks, and did knowingly and unlawfully possess, make, forge, and counterfeit, a key adopted by the U.S. Postal Service and in use on mailboxes, and other authorized receptacles for the deposit and sending of mail matter, with the intent unlawfully and improperly to possess, use, sell, or dispose such U.S. Mail locks and counterfeit keys, in violation of Title 18, United States Code, Sections 2, 1704.

7. **Counts 1-4 and Count 18.** In January 2017, victim Baljot A. successfully applied for a line of credit from Chase Bank. Victim Baljot A.'s Chase Bank Visa card (ending 0701), however, was stolen from the U.S. Mail. Vue, possessing victim Baljot A.'s Chase Bank Visa card (ending 0701) -- an item of stolen U.S. Mail -- posed as victim Baljot A. while presenting the card (ending 0701) to conduct and attempt to conduct unauthorized transactions.

| Count | Date | Amount | Victim Financial Institution | Transaction Description |
| --- | --- | --- | --- | --- |
| 1 | 2/4/17 | $210.88 | Chase Bank | Vue is depicted in surveillance images posing as victim Baljot A., and presenting Chase Bank Visa card, account ending 0701, at Walmart Stores Inc. |
| 2 | 2/4/17 | $205.23 | Chase Bank | Vue is depicted in surveillance images posing as victim Baljot A., and presenting Chase Bank Visa card, account ending 0701, at Walmart Stores Inc. |
| 3 | 2/4/17 | $105.23 | Chase Bank | Vue is depicted in surveillance images posing as victim Baljot A., and presenting Chase Bank Visa card, account ending 0701, at Walmart Stores Inc. |
| 4 | 2/5/17 | $205.95 | Chase Bank | Vue is depicted in surveillance images posing as victim Baljot A., and presenting Chase Bank Visa card, account ending 0701, at Safeway |

8. **Counts 1-4 and Count 18.** On February 4, 2017, an Asian male (later identified as Vue) made three different attempted purchases. On each occasion, Vue attempted to purchase a gift card, loaded with different amounts, at a Walmart store located in Rocklin, CA. Vue – while posing as victim Baljot A. – presented at checkout an access device (ending 0701) issued by federally insured Chase Bank. The access device ending 0701 was an item of stolen U.S. Mail. Vue attempted transactions for $210.88, $205.23, and $105.23, each time using the access device ending 0701. There is good quality surveillance video of each transaction. Based on my participation in this investigation and my own contact with Vue, review of records and documents in this case, known DMV and booking photos, and based on common sense, I am aware that the Asian male depicted posing as Baljot A. is Vue. Vue is depicted wearing a black lanyard with apparent, among other items, large rectangular key fob. Vue is also depicted wearing a plain (no apparent logo) grey or light colored long sleeve shirt and dark pants. As set forth below, on May 12, 2017, Vue was arrested for state offenses, including possession and transportation for sale (methamphetamine) and violation of conditions of probation. At the time of his arrest, Vue possessed the unique black lanyard with rectangular key fob (the key fob was for the vehicle Vue was operating at the time of his arrest).

///

9.      On February 5, 2017, an Asian male (later identified as Vue) purchased goods and merchandise at a Safeway store in Rocklin, CA. After shopping, Vue – again posing as victim Baljot A. – presented at checkout the access device ending 0701, issued by federally insured Chase Bank, which access device was then an item of stolen U.S. Mail. Vue successfully purchased goods and merchandise for $205.95 using the access device. There is good quality surveillance video of this transaction. Based on my participation in this investigation and my own contact with Vue, review of records and documents in this case, known DMV and booking photos, and based on common sense, I am aware that the Asian male depicted posing as Baljot A. is Vue. Vue is again depicted wearing the black lanyard, the plain (no apparent logo) grey or light colored long sleeve shirt, and dark pants. On February 4, 2017 and February 5, 2017, Vue did knowingly possess, and aided and abetted possessing, an item which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, including U.S. Mail of postal customer victim Baljot A., all in violation of Title 18, United States Code, Sections 2, 1708.

10.     **Count 13.** Between 1/13/17 and 5/12/17, Vue and Vang, aiding and abetting each other, used means of identification of another, namely victim Baljot A. Specifically, Vue, aided and abetted by Vang, fraudulently used victim Baljot A.'s true name, credit card account number ending 0701, and electronic signature to unlawfully pose as Baljot A., and aided and abetted such, to commit bank fraud and execute a bank fraud scheme, including via conducting unauthorized transactions on victim Baljot A.'s credit card account with federally insured financial institutions, and taking over her federally insured line of credit. Vue and Vang did so to obtain cash, goods, and services, at the expense of banks and via bank fraud as charged herein. Such bank fraud is a felony violation of Federal law pursuant to Chapter 63 of Title 18, United States Code, to wit, bank fraud in violation of Title 18 United States Code, Section 1344 (1) and (2), all in violation of Title 18 United States Code, Sections 2, 1028A(a)(1).

11.     **Count 19.** On February 10, 2017, shortly after 1:00 am, law enforcement in Lincoln, CA received a report of two individuals looking into neighborhood vehicles with flashlights. Responding law enforcement made contact with Billee Vang (walking in the neighborhood). A law enforcement records check confirmed Vang was on probation with a search condition. A probation search of Vang's wallet resulted in the recovery of three credit cards in the names of victims James B., Amber R., and Baljot A. Specifically, Vang possessed the Chase Bank Visa credit card (ending 0701) which, on February 4, 2017 and February 5, 2017, Vue had used in posing as victim Baljot A. Vang claimed he arrived in the neighborhood via a vehicle driven by his cousin. Vang claimed his cousin was named Dang Vue. Vang claimed his cousin, his cousin's girlfriend, and he arrived in an approx. 2008 gray 4 door Lexus. A 4 door 2006 Lexus with CA plate 5STW663 was located a short distance away. Law enforcement identified Vue sitting in the driver's seat. The alleged girlfriend was not located and when questioned, Vue did not allege there ever was a girlfriend. Vue repeatedly lied to law enforcement, claiming he had been at a casino with Billie Vang, but that he left the casino alone and pulled into the neighborhood to sleep in his vehicle. Law enforcement confirmed Vue was the registered owner of the vehicle. A law enforcement records check confirmed Vue was on probation with a search condition for his person and for vehicles under his control.

12. During a probation search of the vehicle used by Vue and Vang, law enforcement recovered Vue and Vang's stolen U.S. Mail (including in the names of S.B., R.G., P.B., N.G., N.E., J.M., D.B., V.J, F.W., and N.H). Also, in the vehicle, Vue and Vang possessed additional stolen U.S. Mail related to the victims whose mail Vang possessed on his person, including stolen U.S. Mail of Stacy B. (wife of James B.) and Baljot A. In the vehicle, law enforcement discovered Vue and Vang possessed profiles they created of their victims. Vue and Vang's profiles contained victim personal identifying and financial information, which information was categorized according to victim. Law enforcement recovered checks that were forged and altered, including in Vue's own name. Among Vue and Vang's profiles, law enforcement discovered that Vue and Vang had traced and or practiced victim signatures. Vue also possessed his own personal employment information mixed in with stolen U.S. Mail, victim profiles and forged and altered checks. Vue and Vang also possessed burglary tools, including a metal pry bar. On 2/10/17, Vue and Vang did knowingly possess, and aided and abetted possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, all in violation of Title 18, United States Code, Sections 2, 1708.

13. **Count 20 and Count 26.** On February 21, 2017, law enforcement was informed that a suspicious vehicle was blocking a residential driveway in Sacramento, Ca and that an unidentified individual was sleeping in the vehicle (CA plate 7VUZ852). Responding law enforcement identified the individual as Vang. Law enforcement confirmed that Vang was on probation with a search condition for his person and for vehicles under his control. During a search of Vang's person, law enforcement recovered, among other things, five credit cards in the names of others (in his pants). During a search of Vang's vehicle (registered to his parent), law enforcement recovered stolen U.S. Mail (including in the names of R.C., E.P., S.H., J.V., K.H., D.M., R.V., J.E., S.G., and V.L.), including a CA driver's license in the name of another. Vang possessed another stolen U.S. Mail arrow lock, burglary tools, and a metal pry bar. On 2/21/17, Vang did knowingly possess, and aided and abetted possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, all in violation of Title 18, United States Code, Sections 2, 1708. Also, on 2/21/17, Vang, did knowingly and unlawfully possess U.S. Mail locks, and or did knowingly and unlawfully possess, make, forge, and counterfeit, a key adopted by the U.S. Postal Service and in use on mailboxes, and other authorized receptacles for the deposit and sending of mail matter, with the intent unlawfully and improperly to possess, use, sell, or dispose such U.S. Mail locks and counterfeit keys, in violation of Title 18, United States Code, Section 1704.

14. **Counts 5 - 8 and Count 21.** On April 25, 2017, victim Kristin G., nee Kristin M., reported to law enforcement that her U.S. Mail was being stolen, specifically including two replacement USAA Bank credit cards, one for credit card account ending 7781 and another for credit card account ending 9566. Law enforcement confirmed credit card account ending 7781 and credit card account ending 9566 were used without authorization to conduct transactions at the expense of federally insured USAA Bank.

| Count | Date | Amount | Victim Financial Institution | Transaction Description |
|---|---|---|---|---|
| 5 | 4/20/17 | $868.99 | USAA Bank | Vue is depicted in surveillance images posing as victim Kristin G., nee Kristin M., and presenting the stolen USAA Bank credit card, accessing account ending 7781, at Target |
| 6 | 4/20/17 | $868.99 | USAA Bank | Vue is depicted in surveillance images posing as victim Kristin G., nee Kristin M., and presenting the stolen USAA Bank credit card, accessing account ending 9566, at Target |
| 7 | 4/20/17 | $1,218.00 | USAA Bank | Vue is depicted in surveillance images posing as victim Kristin G., nee Kristin M., and presenting the stolen USAA Bank credit card, accessing account ending 9566, at Target |
| 8 | 4/20/17 | $439.09 | USAA Bank | Vue is depicted in surveillance images posing as victim Kristin G., nee Kristin M., and presenting the stolen USAA Bank credit card, accessing account ending 9566, at Target |

15. **Count 5 and Count 21.** On April 20, 2017, an Asian male adult (later identified as Vue), wearing a grey hat with a black bill and red and white lettering, purchased goods and merchandise at a Target store located in Sacramento, CA. After shopping, Vue – while posing as victim Kristin G. nee Kristin M. – presented at checkout an access device (ending 7781) issued by federally insured USAA Bank. The access device (ending 7781) was an item of stolen U.S. Mail. Vue successfully purchased goods and merchandise for $868.99 using the access device. There is good quality surveillance video of this transaction. Based on my participation in this investigation and my own contact with Vue, review of records and documents in this case, known DMV and booking photos, and based on common sense, I am aware that the Asian male depicted posing as Kristin G. nee Kristin M. is Vue.

16. **Count 6 - 7 and Count 21.** Later on April 20, 2017, an Asian male adult (later identified as Vue), again wearing the grey hat with black bill and red and white lettering, purchased goods and merchandise at another Target store located in Sacramento, CA. After shopping, Vue – again posing as victim Kristin G. nee Kristin M. – presented at checkout an access device (ending 9566) issued by federally insured USAA Bank. The access device ending 9566 was an item of stolen U.S. Mail. Vue successfully purchased goods and merchandise for $868.99 using the access device. After purchasing the goods and merchandise, Vue – again posing as victim Kristin G. nee Kristin M. – presented the same access device ending 9566, issued by federally insured USAA Bank, for another transaction in the same store. Vue successfully purchased 3 gift cards totaling $1,218.00 using access device ending 9566. There is good quality surveillance video of these transactions and I am aware that the Asian male depicted posing as Kristin G. nee Kristin M. is Vue. For both transactions, Vue is depicted wearing the unique black lanyard with rectangular key fob (matching the aforementioned lanyard and key fob Vue possessed at the time of his May 12, 2017 arrest).

17. **Count 8 and Count 21.** Later on April 20, 2017, an Asian male adult (later identified as Vue), again wearing the grey hat with black bill and red and white lettering, purchased goods and merchandise at still another Target store located in Sacramento, CA. After shopping, Vue – again posing as victim Kristin G. nee Kristin M. – presented at checkout the access device ending 9566, issued by federally insured USAA Bank and an item of stolen U.S. Mail. Vue successfully purchased goods and merchandise for $439.09 using the access device. There are good quality surveillance video images depicting Vue conducting this transaction. There are also surveillance images of the parking area of the Target store depicting Vue exiting the driver side of a dark colored sedan (resembling the 2006 4 door Lexus registered to Vue). Based on my participation in this investigation and my own contact with Vue, review of records and documents in this case, known DMV and booking photos, and based on common sense, I am aware that the Asian male depicted posing as Kristin G. nee Kristin M. is Vue. In surveillance images Vue is depicted wearing the unique black lanyard with rectangular key fob (matching the aforementioned lanyard and key fob Vue possessed at the time of his May 12, 2017 arrest). On 4/20/17, Vue did knowingly possess, and aid and abet possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, including U.S. Mail of postal customer victim Kristin G. nee Kristin M., all in violation of Title 18, United States Code, Sections 2, 1708.

18. **Count 14.** Between 1/13/17 and 5/12/17, Vue and Vang, aiding and abetting each other, used means of identification of another, namely victim Kristin G. nee Kristin M. Specifically, Vue, aided and abetted by Vang, fraudulently used victim Kristin G. nee Kristin M.'s true name, credit card account number ending 7781 and credit card account number ending 9566, and electronic signature to unlawfully pose as Kristin G. nee Kristin M., and aided and abetted such, to commit bank fraud and execute a bank fraud scheme, including via conducting unauthorized transactions on victim Kristin G. nee Kristin M.'s credit card accounts with federally insured financial institutions, and taking over her federally insured lines of credits. Vue and Vang did so to obtain cash, goods, and services, at the expense of banks and via bank fraud as charged herein. Such bank fraud is a felony violation of Federal law pursuant to Chapter 63 of Title 18, United States Code, to wit, bank fraud in violation of Title 18 United States Code, Section 1344 (1) and (2), all in violation of Title 18 United States Code, Sections 2, 1028A(a)(1).

19. **Counts 9, 10 and Count 22.** In May 2017, victim Tia V. reported to law enforcement that her U.S. Mail was being stolen, including her Golden1 Credit Union (G1CU) debit card ending 4122. Tia V. also reported she requested her mailbox lock be changed because she did not observe physical damage to her mailbox or the mailbox unit. Based on my participation in this investigation, my training and experience, review of records and documents in this case, and based on common sense, I am aware that U.S. Mail stolen without plain indication of mailbox damage or mailbox unit damage is an indication that counterfeit U.S. Mail arrow keys are being utilized to carry out the theft. Law enforcement confirmed the debit card ending 4122 was used without authorization to conduct transactions at the expense of federally insured G1CU.

| Count | Date | Amount | Victim Financial Institution | Transaction Description |
|---|---|---|---|---|
| 9 | 5/8/17 | $504.48 | Golden1 Credit Union | Vang is depicted in surveillance images posing as victim Tia V., and presenting the stolen G1CU debit card, accessing account ending 4122, at Walmart |
| 10 | 5/8/17 | $504.48 | Golden1 Credit Union | Vang is depicted in surveillance images posing as victim Tia V., and presenting the stolen G1CU debit card, accessing account ending 4122, at Walmart |

20. **Counts 9, 10, and 22.** On May 8, 2017, an Asian male (later identified as Vang), conducted two successful transactions. For each transaction, Vang purchased a gift card, each loaded with the same amount, at a Walmart store located in Roseville, CA. Vang – while posing as victim Tia V. – presented at checkout an access device (ending 4122) issued by federally insured G1CU. The access device ending 4122 was an item of stolen U.S. Mail. Vang completed the transactions, each for $504.48, each time using the access device ending 4122. There is good quality surveillance video of each transaction. Based on my participation in this investigation and my own contact with Vang, review of records and documents in this case, known DMV and booking photos, and based on common sense, I am aware that the Asian male depicted posing as Tia V. is Vang. On 5/8/17, Vang did knowingly possess, and aided and abetted possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, including U.S. Mail of postal customer victim Tia V., in violation of Title 18, United States Code, Sections 2, 1708.

21. **Count 15.** Between 1/13/17 and 5/12/17, Vue and Vang, aiding and abetting each other, used means of identification of another, namely victim Tia V. Specifically, Vang, aided and abetted by Vue, fraudulently used victim Tia V.'s true name, debit card ending 4122, and her electronic signature to unlawfully pose as Tia V. and access her G1CU account, and aided and abetted such, to commit bank fraud and execute a bank fraud scheme. In doing so, Vue and Vang conducted unauthorized transactions on victim Tia V.'s account at G1CU, a federally insured financial institution, and thereby took over her federally insured balance in her G1CU account. Vue and Vang did so to obtain cash, goods, and services, at the expense of banks and via bank fraud as charged herein. Such bank fraud is a felony violation of Federal law pursuant to Chapter 63 of Title 18, United States Code, to wit, bank fraud in violation of Title 18 United States Code, Section 1344 (1) and (2), all in violation of Title 18 United States Code, Sections 2, 1028A(a)(1).

22. **Counts 11, 12 and Count 23**. In May 2017, victim Flora R. successfully applied for a line of credit from Chase Bank. Victim Flora R.'s Chase Bank credit card (ending 2567), however, was stolen from the U.S. Mail. Vang, possessing victim Flora R.'s Chase Bank credit card (ending 2567), an item of stolen U.S. Mail, posed as victim Flora R. while presenting the card (ending 2567) to conduct unauthorized transactions.

| Count | Date | Amount | Victim Financial Institution | Transaction Description |
|-------|------|--------|------------------------------|-------------------------|
| 11 | 5/10/17 | $885.16 | Chase Bank | Vang is depicted in surveillance images posing as victim Flora R., and presenting the stolen Chase Bank credit card, accessing account ending 2567, at Target |
| 12 | 5/10/17 | $238.11 | Chase Bank | Vang is depicted in surveillance images aiding and abetting a female associate posing as victim Flora R., and presenting the stolen Chase Bank credit card, accessing account ending 2567, at Famous Footwear |

23. **Count 11 and Count 23.** On May 10, 2017, an Asian male (later identified as Vang), wearing a collared button-up shirt and dark pants, purchased goods and merchandise at a Target store located in Natomas, CA. After shopping, Vang – while posing as victim Flora R., - presented at checkout the access device ending 2567, issued by federally insured Chase Bank and an item of stolen U.S. Mail. Vang successfully purchased goods and merchandise for $885.16 using the access device. There is good quality surveillance video depicting Vang conducting this transaction and I am aware that the Asian male depicted posing as Flora R. is Vang.

24. **Count 12 and Count 23.** On May 10, 2017, an Asian male (later identified as Vang, wearing the same collared button-up shirt and dark pants) and a female associate entered a Famous Footwear store in Natomas, CA. After shopping, Vang's female associate – while posing as victim Flora R. - presented Vang's stolen access device ending 2567, issued by federally insured Chase Bank. Vang's access device was an item of stolen U.S. Mail. Vang and his female associate successfully purchased goods and merchandise for $238.11 using the stolen access device ending 2567. There is good quality surveillance video of this transaction and I am aware that Vang is depicted aiding and abetting the unauthorized purchase. Vang is depicted carrying the fraudulently purchased merchandise out of the store. On 5/10/17, Vang did knowingly possess, and aided and abetted possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, including U.S. Mail of postal customer victim Flora R., in violation of Title 18, United States Code, Sections 2, 1708.

///

25.   **Count 16.**  Between 5/1/17 and 5/12/17, Vue and Vang, aiding and abetting each other, used means of identification of another, namely victim Flora R. Specifically, Vang, aided and abetted by Vue and a female associate, fraudulently used victim Flora R.'s true name, credit card account number ending 2567, and electronic signature to unlawfully pose as Flora R., and aided and abetted such, to commit bank fraud and execute a bank fraud scheme, including via conducting unauthorized transactions on victim Flora R.'s credit card account with federally insured financial institutions, and taking over her federally insured line of credit. Vue and Vang did so to obtain cash, goods, and services, at the expense of banks and via bank fraud as charged herein. Such bank fraud is a felony violation of Federal law pursuant to Chapter 63 of Title 18, United States Code, to wit, bank fraud in violation of Title 18 United States Code, Section 1344 (1) and (2), all in violation of Title 18 United States Code, Sections 2, 1028A(a)(1).

26.   **Count 24 and 27.**  On May 12, 2017, a postal customer on Nestani Way in Elk Grove, CA reported the in progress break-in of his/her neighborhood mailbox unit to the Elk Grove Police Department. The victim stated he/she saw a smaller Asian male with a grey shirt and black pants suspiciously taking mail from the outgoing mail slot of his/her neighborhood mailbox unit used by postal customers on Nestani Way. The victim postal customer went outside to confront the suspect and saw a dark colored sedan, possibly a Lexus, with CA plate 5STW663 drive away and the suspect run after the vehicle. The victim then saw the vehicle stop down the street, the suspect jump in the back seat, and the vehicle drive away. The victim reported the getaway driver as a bald male with a mustache. The victim reported his/her neighborhood mailbox unit was left open indicating the apparent theft of U.S. Mail. A short time later on May 12, 2017, law enforcement conducted a vehicle stop of a black Lexus with CA plate 5STW663. The occupants were identified as Vue (driver) and Vang (sole passenger). Vue was then wearing his head shaved and had a mustache. Vang is Asian in appearance, was then wearing black pants and a grey shirt, and -- per DMV records -- is 5'5". The victim postal customer was escorted to the scene and visually observed Vue and Vang. The victim positively identified Vang as the individual who broke into the mailbox unit to steal U.S. Mail.

27.   On May 12, 2017, while on scene, law enforcement confirmed that Vue was on probation with a search condition for his person and for vehicles under his control. Vue was confirmed as the registered owner of the black Lexus with CA plate 5STW663. Law enforcement also confirmed Vang was on probation with a search condition for his person and for vehicles under his control. During a search of Vang's person, law enforcement found a counterfeit U.S. Mail arrow key, magnets (commonly used to assist in unlawful opening of U.S. Mail arrow locks), Chase Bank credit card ending 2567 in the name of Flora R., and stolen U.S. Mail. During a search of Vue and Vang's vehicle, law enforcement recovered numerous items in names other than Vue and Vang, including additional stolen U.S. Mail, checks, credit cards, a CA driver's license, and several hats (including a grey hat with a black bill and red and white lettering matching that worn by Vue on April 20, 2017 while posing as Kristin G. nee Kristin M.), numerous counterfeit U.S. Mail arrow keys, burglary tools (including a metal pry bar, screw driver, and a knife), metal files, and electronic storage devices. Also recovered was an AT&T receipt in the name of Vue and referencing phone number 916-832-9563.

28.     Pursuant to a federal search warrant, electronic devices recovered from the May 12, 2017 probation search were forensically examined, including a Samsung cell phone, configured to receive calls utilizing phone number 916-758-0868. Based on review of forensic examination results and my training and experience and my discussions with other law enforcement personnel assisting with this investigation, law enforcement is aware the Samsung phone was used to communicate with "Dang Vue" utilizing phone number 916-832-9563. The phone includes Dang Vue as a contact. Numerous websites were searched using the phone, to include PeopleFinders, ssn-check.org, background checks and public records searches, checkpeople.com, and ssndob.cc. Based on my training and experience, I am aware that bank fraud and identity theft perpetrators use such sites to obtain/verify detailed victim personal identifying information. The phone contains an installed application commonly used, based on my training and experience and based on the experience of other law enforcement involved in this investigation, to "spoof" cell phone numbers (allowing the masking of one's true cell phone number and representing it as another phone number). Based on my training and experience, and the training and experience of others participating in this investigation, I am aware the phone contains victim Kristin G. nee Kristin M.'s name in relation to a Google email address, username, and password to access various websites.

29.     Another Samsung cell phone, configured to receive calls utilizing phone number 916-307-0236, was recovered and examined. Based on my training and experience and the training experience of other law enforcement involved in this investigation, I am aware of indicia indicating this phone was used by Vang. Vang's phone contained a photograph of a Wells Fargo Bank debit card in the name of Michelle W., which appears to be still attached to the mailer. On his cell phone, Vang possessed images of himself. Law enforcement is aware the Samsung phone was used to communicate with "Dang Vue" utilizing phone number 916-758-0868. Two of the contacts listed on Vang's phone were billeevang90@gmail.com and Dang with phone number 916-758-0868. Law enforcement recovered text messages on Vang's phone relating to stealing U.S. Mail. The communications were between Vue, Vang, and other associates.

| Folder | From | Date/Time | | Status | Message |
|---|---|---|---|---|---|
| Inbox | From 9165074535 Newport * | 5/7/2017 7:34:13 AM(UTC-7) | | Read | Amazon visa<br>Source Extraction: Logical (1) |
| Inbox | From 9165074535 Newport * | 5/7/2017 7:33:14 AM(UTC-7) | | Read | Yo wya.. I got hella cards<br>Source Extraction: Logical (1) |
| Inbox | From 9165074535 Newport * | 5/7/2017 5:47:23 AM(UTC-7) | | Read | Better throw all evidence away<br>Source Extraction: Logical (1) |
| Inbox | From 9165074535 Newport * | 5/7/2017 5:36:22 AM(UTC-7) | | Read | Every box I hit there a note inside saying same thing<br>Source Extraction: Logical (1) |
| Inbox | From 9165074535 Newport * | 5/7/2017 5:35:19 AM(UTC-7) | | Read | Mailbox is hot yo they leave note in there saying they on to us..they investigating<br>Source Extraction: Logical (1) |
| Inbox | From 9165074535 Newport * | 5/7/2017 5:32:44 AM(UTC-7) | | Read | Amazon<br>Source Extraction: Logical (1) |
| Inbox | From 9165074535 Newport * | 5/7/2017 5:31:03 AM(UTC-7) | | Read | Mailman mailman<br>Source Extraction: Logical (1) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sent | To 9167580868 Dang * | 4/28/2017 9:13:31 AM(UTC-7) | | Sent | And no I don't have your key Source Extraction: Logical (1) |
| Sent | To 9167580868 Dang * | 4/28/2017 9:13:12 AM(UTC-7) | | Sent | I no you with draw all the money from that account Source Extraction: Logical (1) |
| Inbox | From 9167580868 Dang * | 4/28/2017 9:11:38 AM(UTC-7) | | Read | And I no you pocket that Lowes card also cause I can't find it so call me or if I find you it bad Source Extraction: Logical (1) |
| Inbox | From 9167580868 Dang * | 4/28/2017 9:10:49 AM(UTC-7) | | Read | I know you got my other key I need that asap Source Extraction: Logical (1) |

30.     On 5/12/17, Vang and Vue did knowingly possess, and aided and abetted possessing, items which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted, of numerous victims, including U.S. Mail of postal customer victims R.K., G.B., P.M., F.R., E.K., H.W., K.H., R.N., D.J., and M.W., all in violation of Title 18, United States Code, Sections 2, 1708.  Also, on 2/21/17, Vue and Vang and Vue, did knowingly and unlawfully possess U.S. Mail locks, and or did knowingly and unlawfully possess, make, forge, and counterfeit, a key adopted by the U.S. Postal Service and in use on mailboxes, and other authorized receptacles for the deposit and sending of mail matter, with the intent unlawfully and improperly to possess, use, sell, or dispose such U.S. Mail locks and counterfeit keys, in violation of Title 18, United States Code, Sections 2, 1704.

31.     **Count 28.**  Between about 1/13/17 to about 5/12/17, Vue and Vang, with the intent to defraud and without authorization, knowingly possessed, and aided and abetted each other in possessing, over fifteen (15) access devices of others, including as set forth below, in violation of Title 18, United States Code, Sections 2, 1029(a)(3).

| Victim's Financial Institution | Access Device | Number | Account Holder |
|---|---|---|---|
| Synchrony Bank | Visa | …0343 | Nicole E. |
| Synchrony Bank | Visa | …0733 | Terry E. |
| Chase Bank | Visa | …9168 | James B. |
| CapitalOne Bank | MC | …4319 | Amber R. |
| Chase Bank | Visa | …0701 | Baljot A. |
| Chase Bank | Visa | …2567 | Flora R. |
| Golden1 Credit Union | Visa | …4122 | Tia V. |
| USAA Bank | Visa | …9566 | Kristin G. |
| CapitalOne Bank | Visa | …3909 | Veronica J. |
| Bank of America | Visa | …0580 | Ashley C. |
| Chase Bank | Visa | …9168 | Stacy B. |
| Citibank | Visa | …9875 | Francis T. |
| CapitalOne Bank | Visa | …1245 | Ronel D. |
| First Premier Bank | Visa | …1728 | Val Y. |
| Chase Bank | Visa | …5472 | Casey N. |

32.  **Count 29.** Also between about 1/13/17 to about 5/12/17, Vue and Vang knowingly possessed, and aided and abetted each other in possessing, at least five (5) different identification documents, for fraudulent use and/or transfer, of numerous victims, including Bryce V., Elie P., Davinder B., Derek L., and Julia B., in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 2, 1028(a)(3).

33.  Based on the above information, there is probable cause to believe that Dang Vue (DOB 12/04/1989) and Billee Vang (DOB 12/20/1990) committed the following federal violations.

| Count | Date | Violation | Description |
|---|---|---|---|
| 1-12 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1344(1) and (2) | Bank Fraud |
| 13-16 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1028A(a)(1) | Aggravated Identify Theft |
| 17 | 1/31/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 18 | 2/4/17 and 2/5/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 19 | 2/10/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 20 | 2/21/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 21 | 4/20/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 22 | 5/8/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 23 | 5/10/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 24 | 5/12/17 | 18 U.S.C. 2, 1708 | Possession of Stolen U.S. Mail |
| 25 | 1/31/17 | 18 U.S.C. 2, 1704 | Possession of USPS Locks and Keys |
| 26 | 2/21/17 | 18 U.S.C. 2, 1704 | Possession of USPS Locks and Keys |
| 27 | 5/12/17 | 18 U.S.C. 2, 1704 | Possession of USPS Locks and Keys |
| 28 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1029(a)(3) | Possession of 15 or more Access Devices |
| 29 | 1/13/17 to 5/12/17 | 18 U.S.C. 2, 1028(a)(3) | Possession of 5 or more ID Documents |

Accordingly, for the reasons set forth herein, your Affiant respectfully requests that this Court issue a complaint and arrest warrants against Dang Vue and Billee Vang.

34.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and that this affidavit was executed in Sacramento, California on July 10, 2017.

Jeanne-Marie Martin
U.S. Postal Inspector

Sworn and subscribed before me
this ___ day of July, 2017.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Approved

Michelle Rodriguez
Assistant United States Attorney