William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Billee Vang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>BILLEE VANG,<br><br>                              Defendant. | CASE NO. 2:17-CR-00199-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: January 7, 2021<br>TIME: 9:300 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant Billee Vang, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on January 7, 2021.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until January 14, 2021, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the assigned Probation Officer and consult with in custody client.

b)    The government does not object to the continuance.

c)    The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  January 5, 2021                         /s/ WILLIAM BONHAM
                                                           WILLIAM BONHAM
                                                           Counsel for Defendant
                                                           BILLEE VANG

Dated:  January 5, 2021                         McGREGOR W. SCOTT
                                                           United States Attorney

                                                           /s/ ROBERT ARTUZ
                                                           ROBERT ARTUZ
                                                           Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of January, 2021.

                                                           Troy L. Nunley
                                                          United States District Judge