William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Billee Vang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLEE VANG,<br><br>Defendant. | CASE NO. 2:17-CR-00199-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING; ORDER<br><br>DATE: March 4, 2021<br>TIME: 9:300 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant Billee Vang, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Dispositional Hearing on March 4, 2021.

2. By this stipulation, the defendant now moves to continue the Dispositional Hearing to March 11, 2021 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for the defendant desires additional time to discuss and review Probation Dispositional Memorandum and the defense response with in-custody client.

b) The government does not object to the continuance.

c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: March 1, 2021                             /s/ WILLIAM BONHAM
                                                 WILLIAM BONHAM
                                                 Counsel for Defendant
                                                 BILLEE VANG

Dated: March 1, 2021                             McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ ROBERT ARTUZ
                                                 ROBERT ARTUZ
                                                 Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2021.

Troy L. Nunley
United States District Judge